147 A.3d 401

In re the MATTER OF O. F.

**Pet. Docket No. 303, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 2460, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 401

**JOHNSON, Antonio W.**

v.

**STATE of Maryland**

**Pet. Docket No. 342, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Reported below: 229 Md.App. 159, 143 A.3d 221.

Petition for writ of certiorari denied.